[No. 10393–8–I.   Division One.   August 23, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. GAIL
LYNN HIGMAN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 81-1–00268–1, George T. Mattson, J., entered June 8, 1981. *Affirmed* by unpublished opinion per Ringold,

J., concurred in by Durham, A.C.J., and James, J.